FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 2 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> McGehee, Michael <br> Defendant. | Case No.: CR08-1518ODW <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___conduct in not complying with supervision conditions, which evidences a lack of amenability to supervision; ongoing substance abuse___

problem; backgrd, cnty ties unknown; bail resources unknown

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _criminal history record; commission of new crimes while under supervision; substance abuse history; probation revocation history_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 5/24/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE